# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1466**
**CA 14-01051**
PRESENT: CENTRA, J.P., FAHEY, LINDLEY, SCONIERS, AND WHALEN, JJ.

---

FEDERATED FINANCIAL CORPORATION OF AMERICA, AS
ASSIGNEE OF ADVANTA BANK CORP.,
PLAINTIFF-RESPONDENT,

                    V                                        ORDER

FORJONE TRUCKING & EXCAVATING, INC., AND JOHN
FORJONE, INDIVIDUALLY, DEFENDANTS-APPELLANTS.

---

THERESA M. SUOZZI, SARATOGA SPRINGS, FOR DEFENDANTS-APPELLANTS.

PLATZER, SWERGOLD, LEVINE, GOLDBERG, KATZ & JASLOW, LLP, NEW YORK CITY
(DANIEL B. FIX OF COUNSEL), FOR PLAINTIFF-RESPONDENT.

---

Appeal from an order of the Supreme Court, Orleans County (James P. Punch, A.J.), entered September 30, 2013. The order denied the motion of defendants to vacate a default judgment.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.

Entered:  January 2, 2015                     Frances E. Cafarell
                                              Clerk of the Court